MINUTE ENTRY
DUVAL, J.
APRIL 1, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                              CIVIL ACTION
CONSOLIDATED LITIGATION

PERTAINS TO:  LEVEE, MRGO & BARGE                         NO. 05-4182
No. 09-145  (deLAHOUSSYE, ET AL)
No. 09-146  (BENNETT, ET AL)                              SECTION "K"(2)


MOTION to remand case back to the 24th Judicial District Court of the Parish of Jefferson,
by defts, Aaron Broussard and the Parish of Jefferson, doc. 17699.

MOTION to remand case back to the 24th Judicial District Court of the Parish of Jefferson
by pltfs', doc. 17569.

MOTION to remand case back to the 24th Judicial District Court of the Parish of Jefferson
by pltfs', doc. 17561.

JOINT MOTION to supplement order confirming stay of certain claims (doc. 16811, filed
12/19/08) by Class Reps., doc. 17288.

CASE MANAGER:  SHEENA DEMAS
COURT REPORTER:  KAREN IBOS

APPEARANCES:  See the attached list.

Court begins at 1:41 p.m.  Case called; all present and ready.
Oral  argument by parties.
These matters are GRANTED, however, sanctions are DENIED.
Court adjourned at 2:36 p.m.


JS-10 (:54  )

**PLEASE PRINT - SIGN IN SHEET FOR C.A. 05-4182 "K"(2)**
**WEDNESDAY, APRIL 1, 2009 AT 1:30 P.M.**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**
**(DELAHOUSSAYE, NO. 09-145 & BENNETT, NO. 09-146, - MOTIONS, DOCS. 17288,**
**17561, 17569 & 17699)**

| ATTORNEY | PARTY |
|---|---|
| Tom Snyder, Jr. | Bennett / de la Haysouge |
| James Irvin | " " |
| Joseph Guichet | St Paul Fire + Marine |
| Chris Tankersley | Jefferson Parish + Aaron Broussard |
| Scott Gaspard | Jefferson Parish + Aaron Broussard |
| Isaka Williams | City of N.O |
| Ralph Hubbard | St Paul Fire + Marine |
| Doug Wynne | American Hampton Insura Co |
| Joseph E. Bearden, III | ESLD/LBBLD |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |